IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAWAD A. AYAZ AS TRUSTEE OF THE SHIV VENKATASETTY 2016 TRUST, derivatively on behalf of RESIDEO TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL G. NEFKENS, JOSEPH D. RAGAN III, NICCOLO DE MASI, PAUL DENINGER, ROGER FRADIN, JACK LAZAR, NINA RICHARDSON, ANDREW TEICH, and SHARON WIENBAR,<br><br>Defendants,<br><br>and<br><br>RESIDEO TECHNOLOGIES, INC.,<br><br>Nominal Defendant. | Case No. 1:20-cv-00915-LPS |

**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS**

WHEREAS on July 6, 2020, Plaintiff Jawad Ayaz ("Plaintiff") filed the above-captioned shareholder derivative action ( the "*Ayaz* Action") against defendants Michael G. Nefkens, Joseph D. Ragan III, Roger Fradin, Jack Lazar, Nina Richardson, Andrew Teich, Sharon Wienbar, and against nominal defendant Resideo Technologies, Inc. (collectively, the "Defendants");

WHEREAS there is currently pending in the United States District Court for the District of Minnesota a related securities class action filed on November 8, 2019, captioned *In re Resideo*

*Technologies, Inc. Securities Litigation*, Case No. 0:19-cv-02863-WMW-KMM (the "Securities Class Action");

WHEREAS the defendants in the Securities Class Action filed a motion to dismiss the Amended Complaint therein on July 10, 2020;

WHEREAS the Securities Class Action and the *Ayaz* Action contain overlapping allegations and name some of the same defendants;

WHEREAS this joint stipulation will promote the efficient and orderly administration of justice;

WHEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. All proceedings and deadlines in the *Ayaz* Action, including any obligation to answer, move against, or otherwise respond to any complaint filed in the *Ayaz* Action, are hereby stayed pending the resolution of the motion to dismiss in the Securities Class Action.

2. The parties shall meet and confer and then submit a proposed scheduling order to the Court within fourteen (14) days of the date that the stay is lifted.

3. After the stay is lifted, Defendants shall not move to stay the *Ayaz* Action in deference to any other derivative action.

4. Defendants shall promptly notify Plaintiff should they become aware of any additional related derivative lawsuits or related threatened derivative lawsuits (including litigation demands and demands for books and records).

5. Defendants shall promptly notify Plaintiff if a related derivative action is not stayed for a similar or longer duration than the *Ayaz* Action.

6. Plaintiff can request that the Court lift the voluntary stay in the event a related derivative action is not stayed for a similar or longer duration than the *Ayaz* Action by giving the Defendants a thirty (30) day written notice and thereafter bringing the matter to the Court's attention and requesting that the stay of the *Ayaz* Action be lifted. Defendants reserve all rights with respect to any such request.

7. Defendants will confer with the lead plaintiffs in the Securities Class Action about including Plaintiff in any mediation and in any formal settlement talks between the parties in the Securities Class Action; in the event that Plaintiff is not included, Defendants will mediate or engage in formal settlement talks (if there is no mediation, but only formal settlement talks, in the Securities Class Action) with Plaintiff at or about the same time.

8. Defendants will (i) include Plaintiff in any mediation and in any formal settlement talks between the parties in any related derivative actions or related threatened derivative actions, or (ii) mediate (or engage in formal settlement talks if there is not a mediation, but only formal settlement talks, in the related derivative actions or related threatened derivative actions) with Plaintiff at or about the same time as mediation or formal settlement talks between the parties in any related derivative actions or related threatened derivative actions.

9. Defendants shall promptly produce to Plaintiff any documents produced, written discovery, and deposition transcripts in the Securities Class Action, and in any related derivative actions or related threatened derivative actions (including any shareholder who made a litigation demand and any shareholder who made a books and records demand), subject to a confidentiality agreement/protective order.

10. Notwithstanding the stay of the *Ayaz* Action, Plaintiff may file an amended complaint during the pendency of the stay. Defendants shall not be required to respond to any amended complaint filed in the *Ayaz* Action during the pendency of the stay.

11. The undersigned counsel are authorized to and hereby accept service of Plaintiff's Shareholder Derivative Complaint as of today's date on behalf of all Defendants, provided, however, that the acceptance of service and entry into this Stipulation shall not waive any rights, claims, and defenses other than a defense as to the sufficiency of service.

Dated: July 28, 2020

**FARNAN LLP**

By: */s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Counsel for Plaintiff*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue
40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Of Counsel for Plaintiff*

Dated: July 28, 2020          **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

By:    */s/ Ryan D. Stottmann*
William M. Lafferty (#2755)
Ryan D. Stottmann (#5237)
Daniel T. Menken (#6309)
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: wlafferty@mnat.com
Email: rstottmann@mnat.com
Email: dmenken@mnat.com

*Counsel for Defendants Michael Nefkens, Joseph Ragan III, Niccolo de Masi, and Nominal Defendant*

**WILLKIE FARR & GALLAGHER LLP**
Tariq Mundiya (*pro hac vice forthcoming*)
Charles D. Cording (*pro hac vice forthcoming*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Email: tmundiya@willkie.com
Email: ccording@willkie.com

*Of Counsel for Defendants Michael Nefkens, Joseph Ragan III, Niccolo de Masi, and Nominal Defendant*

IT IS SO ORDERED this _____ day of _____, 2020.

_____
HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE