UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. DERIVATIVE LITIGATION | Lead Case No. 20-cv-915-LPS |

**STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF VENUE**

Plaintiffs Jawad A. Ayaz as Trustee of the Shiv Venkatasetty 2016 Trust ("Ayaz") and Daniel Sanclemente ("Sanclemente," and together with Ayaz, "Plaintiffs"), individual defendants Michael G. Nefkens, Joseph D. Ragan III, Niccolo De Masi, Paul Deninger, Roger Fradin, Jack Lazar, Nina Richardson, Andrew Teich, Sharon Wienbar (the "Individual Defendants"), and nominal defendant Resideo Technologies, Inc. ("Resideo," and together with the Individual Defendants, the "Defendants") (Defendants and Plaintiffs, the "Parties") by and through their respective counsel, hereby stipulate to transfer the above-captioned action (the "Consolidated Action") to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1404(a) and the Court's inherent powers.

WHEREAS, on July 7, 2020, Plaintiff Ayaz filed a shareholder derivative action (the "*Ayaz* Action") against defendants Michael G. Nefkens, Joseph D. Ragan III, Roger Fradin, Jack Lazar, Nina Richardson, Andrew Teich, Sharon Wienbar, and nominal defendant, Resideo;

WHEREAS, on August 6, 2020, the Court entered an Order, among other things, staying the *Ayaz* Action pending the resolution of the motion to dismiss filed in the related securities class action pending in the United States District Court for the District of Minnesota, captioned *In re Resideo Technologies, Inc. Securities Litigation*, Case No. 0:19-cv-02863-WMW-KMM (the "Securities Class Action");

1

WHEREAS, on August 12, 2020, Plaintiff Sanclemente filed a shareholder derivative action in this Court alleging substantially the same facts and making substantially the same claims against the same defendants as the *Ayaz* Action (the "*Sanclemente* Action");

WHEREAS, on August 31, 2020, the Court entered an Order consolidating the *Ayaz* Action and the *Sanclemente* Action under Case No. 1:20-CV-00915-LPS and, among other things, staying the Consolidated Action pending the resolution of the motion to dismiss the Securities Class Action (the "Stay Order");

WHEREAS, the Stay Order requires that "[t]he parties shall meet and confer and then submit a proposed scheduling order to the Court within fourteen (14) days of the date that the stay is lifted."

WHEREAS, on March 30, 2021, Judge Wilhelmina M. Wright issued a decision denying the motion to dismiss in the Securities Class Action;

WHEREAS, between March 30, 2021, and September 9, 2021, the Court entered several Orders, based on the parties' stipulation, extending the stay of the Consolidated Action to provide the parties with additional time to reach a resolution regarding the Consolidated Action;

WHEREAS, pursuant to the Court's Order on September 9, 2021, the Stay Order was extended until September 21, 2021, during which time the parties agreed to jointly submit a status report in the Consolidated Action;

WHEREAS, there is substantial overlap between the facts and circumstances that form the basis of the allegations in this case and the claims alleged in the Securities Class Action;

WHEREAS, the parties jointly agree that pursuant to 28 U.S.C. § 1404(a), for reasons of judicial efficiency and for the convenience of parties and witnesses, this action should be

transferred to the United States District Court for the District of Minnesota, where the Securities Class Action is currently pending.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their undersigned counsel, and subject to the approval of the Court as follows:

1. The Consolidated Action shall be transferred to the United States District Court for the District of Minnesota, pursuant to 28 U.S.C. § 1404(a); and

2. The deadline for submission of a status report set forth in the Court's September 9, 2021 Order is hereby vacated.

Dated: September 21, 2021

Respectfully submitted,

**FARNAN LLP**

By: /s/ *Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Liaison Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown (admitted *pro hac vice*)
767 Third Avenue, Suite 2501
New York, NY 1177110017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
55 Broadway, 10th Floor

New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: gnespole@zlk.com

*Co-Lead Counsel for Plaintiffs*


**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue
40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Additional Counsel for Plaintiff Ayaz*

| | |
|---|---|
| Dated: September 21, 2021 | **MORRIS NICHOLS ARSHT & TUNNELL** |
| | By: /s/ Ryan D. Stottmann |

William M. Lafferty (#2755)
Ryan D. Stottmann (#5237)
1201 North Market Street, 16th Floor
Wilmington, DE 19899
Telephone: (302) 351-9341
Facsimile: (302) 425-4679
Email: wlafferty@mnat.com

*Counsel for Defendants Michal Nefkens, Joseph Ragan III, Niccolo de Masi, and Nominal Defendant*

**WILLKIE FARR & GALLAGHER**
Tariq Mundiya (*pro hac vice forthcoming*)
Charles D. Cording (*pro hac vice forthcoming*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
tmundiya@willkie.com
ccording@willkie.com

*Of Counsel for Defendants Michal Nefkens, Joseph Ragan III, Niccolo de Masi, and Nominal Defendant*

IT IS SO ORDERED this _____ day of _____, 2021.

                                                _____
                                                HON. LEONARD P. STARK
                                                UNITED STATES DISTRICT JUDGE